**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

GENE CURTIS ROPER,

    Plaintiff

v.

STATE OF NEVADA, et al.,

    Defendants

Case No.: 3:26-cv-00016-ART-CSD

**Order**

Plaintiff Gene Curtis Roper filed this civil rights complaint and application for leave to proceed in forma pauperis while an inmate in custody at the Washoe County Detention Facility. (*See* ECF Nos. 1, 1-1). However, it appears Plaintiff may no longer be in custody at the facility. *See* https://www.washoesheriff.com/inmate-search.php (last accessed Mar. 31, 2026).

Under Local Rule IA 3-1, an attorney or pro se party must immediately file with the court written notification of any change of mailing address. Accordingly, Plaintiff shall **FILE** a notice of change of address -- or advise the court that his address remains the same -- within **21 days** of the date of this Order. A failure to comply with this Order may result in dismissal of the action or other sanction deemed appropriate by the court. LR IA 3-1.

In addition, if Plaintiff is no longer in custody, he must re-submit his application for leave to proceed in forma pauperis on the form for non-prisoners. Plaintiff will have thirty days from the date of this order in which to do so or to pay the full $405.00 filing fee.

///

///

///

The Clerk of Court is directed to **SEND** Plaintiff a copy of the form and instructions for filing an application to proceed in forma pauperis by a non-prisoner.

**IT IS SO ORDERED**.

Dated: March 31, 2026

_____
Craig S. Denney
United States Magistrate Judge

2